IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD SAMUEL JAMES,

      Plaintiff,

      v.                          Case No. 17CV0429

ROSE GRIFFA, JOEL SHIREK,
and SHAVONNE WILLKOMS,

      Defendants.

---

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

---

Defendants Rose Griffa, Joel Shirek, and Shavonne Willkoms, by their attorneys, Brad D. Schimel, Attorney General, and Assistant Attorney General Rebecca A. Paulson, hereby give notice of removal of this civil action from the Dane County Circuit Court to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441, 1446. The grounds for removal are as follows:

1.     Dane County Case No. 2017-CV-948 has been commenced and is pending in the Circuit Court for Dane County.

2.     Defendants received personal service in this matter with a summons and complaint on May 4, 2017. Copies of the summons and complaint in this action, together with any other process, pleadings, and orders served on Defendants, are being submitted as attachments to this notice:

Exhibit A: Summons and Complaint filed with the Dane County Circuit Court on April 3, 2017; served on Defendants on May 4, 2017.

Exhibit B: Petition and Order for Waiver of Fees and Costs.

3. This action is being timely removed on June 2, 2017, within 30 days after service on the Defendants. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 353-54 (1999). All Defendants join in this removal.

4. The civil action now governed by the Complaint remains pending.

5. The action arises under the Constitution and laws of the United States. *See* Exhibit A, Compl.¶¶ 25-34 (asserting Defendants violated Plaintiff's rights under the Fourteenth Amendment to the United States Constitution).

6. The transactions are alleged to have occurred within the Western District of Wisconsin, and the action was commenced in a Wisconsin circuit court within this district, such that venue lies in this district.

7. Pursuant to 28 U.S.C. § 1441(b), removal of these claims is mandatory upon compliance with 28 U.S.C. § 1446 as herein accomplished.

8. Defendants are represented by undersigned counsel and consent to this removal.

9. This notice will be served upon Plaintiff and will be filed with the Clerk of Circuit Court for Dane County today.

Dated this 2nd day of June, 2017.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

s/ Rebecca A. Paulson
REBECCA A. PAULSON
Assistant Attorney General
State Bar #1079833

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0278
(608) 267-8906 (Fax)
paulsonra@doj.state.wi.us

- 3 -