IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD SAMUEL JAMES,

    Plaintiff,

v.

ROSE GRIFFA, JOEL SHIREK and
SHAVONNE WILLKOMS,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-429-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting Rose Griffa, Joel Shirek and Shavonne Willkoms's motion to dismiss for failure to state a claim upon which relief can be granted and dismissing this case.

/s/ Peter Oppeneer, Clerk of Court      10/2/2017 Date